Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF MARCH 4, 2022

**Chapter 13 Case # 17-13062**

| | | |
|---|---|---|
| Re: MARK TARABOCCHIA | Atty: | ALPHONSE DESIMONE |
| IRENE E. TARABOCCHIA | | LAW OFFICES OF ALPHONSE DE SIMONE |
| 3 DEBBIE DRIVE | | 195 ROUTE 46 WEST |
| STANHOPE, NJ  07874 | | SUITE 6 |
| | | TOTOWA, NJ  07512 |

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $56,200.00**

## RECEIPTS  (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 03/02/2017 | $520.00 | 3758887000 - | 04/05/2017 | $520.00 | 936958746 |
| 05/02/2017 | $520.00 | 3930614000 - | 06/02/2017 | $520.00 | 4013029000 - |
| 07/05/2017 | $520.00 | 4090956000 - | 08/03/2017 | $520.00 | 4180417000 - |
| 09/05/2017 | $520.00 | 4252214000 - | 10/06/2017 | $520.00 | 4343980000 - |
| 11/03/2017 | $520.00 | 4414281000 - | 12/05/2017 | $520.00 | 4497472000 - |
| 01/12/2018 | $520.00 | 4586780000 - | 02/16/2018 | $520.00 | 4673670000 - |
| 03/02/2018 | $520.00 | 4721186000 - | 04/04/2018 | $520.00 | 4809233000 |
| 05/10/2018 | $520.00 | 4904943000 | 06/14/2018 | $520.00 | 4991617000 |
| 07/10/2018 | $520.00 | 5062070000 | 08/16/2018 | $520.00 | 5156918000 |
| 09/14/2018 | $520.00 | 5232989000 | 10/16/2018 | $520.00 | 5315840000 |
| 11/19/2018 | $520.00 | 5397834000 | 12/17/2018 | $520.00 | 5470628000 |
| 01/16/2019 | $520.00 | 5547372000 | 03/01/2019 | $520.00 | 5664365000 |
| 03/19/2019 | $520.00 | 5712117000 | 05/03/2019 | $520.00 | 5834690000 |
| 05/21/2019 | $520.00 | 5876728000 | 07/02/2019 | $520.00 | 5987575000 |
| 07/16/2019 | $520.00 | 6020575000 | 09/09/2019 | $520.00 | 6163371000 |
| 10/22/2019 | $520.00 | 6270649000 | 11/18/2019 | $520.00 | 6337839000 |
| 01/15/2020 | $520.00 | 6485050000 | 01/21/2020 | $520.00 | 6492551000 |
| 01/27/2020 | $520.00 | 6507078000 | 02/07/2020 | $520.00 | 6544528000 |
| 03/09/2020 | $520.00 | 6623199000 | 04/06/2020 | $520.00 | 6693007000 |
| 05/05/2020 | $520.00 | 6770243000 | 06/29/2020 | $520.00 | 6897474000 |
| 07/20/2020 | $520.00 | 6950120000 | 07/22/2020 | $25,000.00 | RIVERVIEW 28186 |
| 08/11/2020 | $520.00 | 7005715000 | 09/08/2020 | $520.00 | 7069400000 |
| 10/05/2020 | $520.00 | 7136768000 | 11/04/2020 | $520.00 | 7210778000 |
| 12/07/2020 | $520.00 | 7288336000 | 01/06/2021 | $520.00 | 7359969000 |
| 02/08/2021 | $520.00 | 7437750000 | 03/08/2021 | $520.00 | 7508132000 |
| 04/05/2021 | $520.00 | 7579567000 | 05/04/2021 | $520.00 | 7648541000 |
| 06/02/2021 | $520.00 | 7714176000 | 07/06/2021 | $520.00 | 7791551000 |
| 08/03/2021 | $520.00 | 7855653000 | 09/09/2021 | $520.00 | 7936859000 |

Chapter 13 Case # 17-13062

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/04/2021 | $520.00 | 7992678000 | 11/03/2021 | $520.00 | 8059697000 |
| 12/03/2021 | $520.00 | 8124674000 | 01/07/2022 | $520.00 | 8196502000 |
| 02/04/2022 | $520.00 | 8256669000 | | | |

**Total Receipts: $56,200.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $56,200.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 3,674.20 | |
| ATTY | ATTORNEY | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | AMERICAN EXPRESS CENTURION BANK | UNSECURED | 2,749.83 | * | 1,552.81 | |
| 0006 | BELDEN JEWELERS/STERLING JEWELERS | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | MIDFIRST BANK | MORTGAGE ARRE | 20,735.80 | 100.00% | 20,735.80 | |
| 0008 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 7,109.69 | * | 4,014.78 | |
| 0009 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 1,071.98 | * | 605.33 | |
| 0011 | LVNV FUNDING LLC | UNSECURED | 1,059.75 | * | 598.43 | |
| 0012 | DISCOVER BANK | UNSECURED | 7,791.82 | * | 4,399.97 | |
| 0014 | FORD CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | HSBC BANK USA, NA | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | HYUNDAI FINC | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | CAPITAL ONE NA | UNSECURED | 559.82 | * | 316.13 | |
| 0023 | MAZDA AMER CREDIT | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | MIDLAND FUNDING | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | MOHELA/DEPT OF ED | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | NEW JERSEY TURNPIKE AUTHORITY | UNSECURED | 102.00 | * | 55.69 | |
| 0030 | NISSAN MOTOR ACCEPTANC | UNSECURED | 0.00 | * | 0.00 | |
| 0031 | NISSAN MOTOR ACCEPTANCE CORP/INFI | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | RYMR&FLNIGN | UNSECURED | 0.00 | * | 0.00 | |
| 0036 | STATE OF NJ | PRIORITY | 887.00 | 100.00% | 887.00 | |
| 0037 | CAVALRY SPV I LLC | UNSECURED | 1,001.89 | * | 565.76 | |
| 0038 | SYNCB/TOYS R US | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | CAVALRY SPV I LLC | UNSECURED | 6,187.24 | * | 3,493.87 | |
| 0040 | MIDLAND FUNDING LLC | UNSECURED | 1,017.22 | * | 574.41 | |
| 0041 | MIDLAND FUNDING LLC | UNSECURED | 1,990.41 | * | 1,123.96 | |
| 0042 | TD BANK USA NA | UNSECURED | 1,203.86 | * | 679.80 | |
| 0043 | TDRCS/RAYMOUR & FLANIG | UNSECURED | 0.00 | * | 0.00 | |
| 0045 | US DEPT OF EDUCATION | UNSECURED | 0.00 | * | 0.00 | |
| 0046 | VNB LOAN SERVICES INC | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0047 | VISA DEPT STORE NATIONAL BANK | UNSECURED | 0.00 | * | 0.00 | |
| 0048 | WELLS FARGO CARD SERVICES | UNSECURED | 2,906.64 | * | 1,641.35 | |
| 0049 | WELLS FARGO DEALER SERVICES | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0052 | LOANCARE, LLC | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | |
| 0053 | AMEX | UNSECURED | 0.00 | * | 0.00 | |
| 0054 | AMEX | UNSECURED | 0.00 | * | 0.00 | |
| 0055 | CAPITAL ONE BANK (USA) NA | UNSECURED | 4,465.04 | * | 2,521.37 | |
| 0056 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 949.66 | * | 536.26 | |
| 0057 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0058 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0059 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0060 | DISCOVER BANK | UNSECURED | 5,978.28 | * | 3,375.88 | |
| 0061 | CAPITAL ONE NA | UNSECURED | 494.28 | * | 274.50 | |
| 0062 | US DEPT OF EDUCATION | UNSECURED | 0.00 | * | 0.00 | |
| 0063 | TD RETAIL CARD SERVICES | UNSECURED | 5,470.82 | * | 3,089.32 | |

**Chapter 13 Case # 17-13062**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0064 | LVNV FUNDING LLC | UNSECURED | 711.62 | * | 401.85 | |
| 0065 | HYUNDAI CAPITAL AMERICA | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0066 | MIDFIRST BANK | (NEW) MTG Agree | 581.00 | 100.00% | 581.00 | |

**Total Paid: $55,699.47**
See Summary

## LIST OF PAYMENTS TO CLAIMS (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS CENTURION BANK | | | | | | |
| | 08/17/2020 | $1,203.86 | 8001713 | 02/22/2021 | $8.80 | 8002072 |
| | 03/15/2021 | $25.04 | 8002119 | 04/19/2021 | $25.04 | 8002175 |
| | 05/17/2021 | $59.96 | 8002227 | 06/21/2021 | $25.45 | 8002275 |
| | 07/19/2021 | $25.44 | 8002328 | 08/16/2021 | $25.45 | 8002381 |
| | 09/20/2021 | $25.45 | 8002430 | 10/18/2021 | $25.45 | 8002479 |
| | 11/17/2021 | $25.71 | 8002526 | 12/13/2021 | $25.72 | 8002579 |
| | 01/10/2022 | $25.72 | 8002631 | 02/14/2022 | $25.72 | 8002681 |
| CAPITAL ONE BANK (USA) NA | | | | | | |
| | 08/17/2020 | $1,954.76 | 854167 | 02/22/2021 | $14.28 | 864947 |
| | 03/15/2021 | $40.66 | 866797 | 04/19/2021 | $40.66 | 868481 |
| | 04/19/2021 | ($40.66) | 868481 | 04/19/2021 | $40.66 | 869688 |
| | 05/17/2021 | $97.38 | 870381 | 06/21/2021 | $41.32 | 872189 |
| | 07/19/2021 | $41.32 | 873987 | 08/16/2021 | $41.32 | 875668 |
| | 09/20/2021 | $41.32 | 877399 | 10/18/2021 | $41.32 | 879180 |
| | 11/17/2021 | $41.75 | 880885 | 12/13/2021 | $41.76 | 882521 |
| | 01/10/2022 | $41.76 | 884176 | 02/14/2022 | $41.76 | 885866 |
| CAPITAL ONE NA | | | | | | |
| | 08/17/2020 | $216.39 | 8001718 | 08/17/2020 | $245.09 | 8001718 |
| | 03/15/2021 | $6.89 | 8002125 | 03/15/2021 | $6.08 | 8002125 |
| | 04/19/2021 | $5.09 | 8002179 | 05/17/2021 | $12.21 | 8002232 |
| | 05/17/2021 | $15.29 | 8002232 | 06/21/2021 | $5.18 | 8002280 |
| | 07/19/2021 | $5.18 | 8002333 | 07/19/2021 | $9.14 | 8002333 |
| | 08/16/2021 | $5.19 | 8002385 | 09/20/2021 | $5.17 | 8002434 |
| | 09/20/2021 | $9.15 | 8002434 | 10/18/2021 | $5.18 | 8002485 |
| | 11/17/2021 | $5.24 | 8002533 | 11/17/2021 | $9.20 | 8002533 |
| | 12/13/2021 | $5.23 | 8002583 | 01/10/2022 | $5.24 | 8002638 |
| | 01/10/2022 | $9.25 | 8002638 | 02/14/2022 | $5.24 | 8002685 |
| CAVALRY SPV I LLC | | | | | | |
| | 08/17/2020 | $438.62 | 854181 | 08/17/2020 | $2,708.73 | 854181 |
| | 02/22/2021 | $19.79 | 864964 | 03/15/2021 | $56.34 | 866812 |
| | 03/15/2021 | $12.32 | 866812 | 04/19/2021 | $9.13 | 868499 |
| | 04/19/2021 | $56.35 | 868499 | 05/17/2021 | $134.93 | 870396 |
| | 05/17/2021 | $21.85 | 870396 | 06/21/2021 | $9.27 | 872206 |
| | 06/21/2021 | $57.27 | 872206 | 07/19/2021 | $57.25 | 874004 |
| | 07/19/2021 | $9.28 | 874004 | 08/16/2021 | $9.26 | 875686 |
| | 08/16/2021 | $57.25 | 875686 | 09/20/2021 | $57.26 | 877417 |
| | 09/20/2021 | $9.28 | 877417 | 10/18/2021 | $9.27 | 879198 |
| | 10/18/2021 | $57.25 | 879198 | 11/17/2021 | $57.86 | 880903 |
| | 11/17/2021 | $9.37 | 880903 | 12/13/2021 | $9.36 | 882538 |
| | 12/13/2021 | $57.87 | 882538 | 01/10/2022 | $57.86 | 884194 |
| | 01/10/2022 | $9.38 | 884194 | 02/14/2022 | $9.37 | 885885 |
| | 02/14/2022 | $57.86 | 885885 | | | |

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| CENLAR FSB | | | | | | | |
| | 05/15/2017 | $91.64 | 779510 | | 06/19/2017 | $489.32 | 781484 |
| | 07/17/2017 | $489.32 | 783521 | | 08/14/2017 | $489.32 | 785297 |
| | 09/25/2017 | $489.32 | 787207 | | 10/16/2017 | $509.60 | 789135 |
| | 11/20/2017 | $489.32 | 790792 | | 12/18/2017 | $489.32 | 792750 |
| | 01/22/2018 | $489.32 | 794572 | | 02/20/2018 | $489.32 | 796499 |
| | 03/19/2018 | $489.32 | 798308 | | 04/16/2018 | $489.32 | 800186 |
| | 05/14/2018 | $491.92 | 802096 | | 06/18/2018 | $491.92 | 804003 |
| | 07/16/2018 | $491.92 | 805985 | | 08/20/2018 | $491.92 | 807894 |
| | 09/17/2018 | $504.40 | 809860 | | 10/22/2018 | $504.40 | 811786 |
| | 11/19/2018 | $490.36 | 813745 | | 01/14/2019 | $490.36 | 817557 |
| DISCOVER BANK | | | | | | | |
| | 08/17/2020 | $3,411.20 | 854261 | | 08/17/2020 | $2,617.25 | 854261 |
| | 02/22/2021 | $19.12 | 865048 | | 02/22/2021 | $24.93 | 865048 |
| | 03/15/2021 | $70.96 | 866886 | | 03/15/2021 | $54.44 | 866886 |
| | 04/19/2021 | $54.44 | 868582 | | 04/19/2021 | $70.95 | 868582 |
| | 05/17/2021 | $169.93 | 870479 | | 05/17/2021 | $130.39 | 870479 |
| | 06/21/2021 | $55.31 | 872290 | | 06/21/2021 | $72.10 | 872290 |
| | 07/19/2021 | $72.10 | 874082 | | 07/19/2021 | $55.32 | 874082 |
| | 08/16/2021 | $55.33 | 875765 | | 08/16/2021 | $72.11 | 875765 |
| | 09/20/2021 | $72.10 | 877508 | | 09/20/2021 | $55.32 | 877508 |
| | 10/18/2021 | $55.32 | 879277 | | 10/18/2021 | $72.10 | 879277 |
| | 11/17/2021 | $72.88 | 880988 | | 11/17/2021 | $55.91 | 880988 |
| | 12/13/2021 | $55.91 | 882619 | | 12/13/2021 | $72.87 | 882619 |
| | 01/10/2022 | $72.87 | 884271 | | 01/10/2022 | $55.91 | 884271 |
| | 02/14/2022 | $55.91 | 885969 | | 02/14/2022 | $72.87 | 885969 |
| FLAGSTAR BANK | | | | | | | |
| | 02/11/2019 | $490.36 | 819271 | | 03/18/2019 | $490.36 | 821230 |
| | 04/15/2019 | $490.36 | 823270 | | 05/20/2019 | $490.36 | 825243 |
| | 06/17/2019 | $499.20 | 827270 | | 07/15/2019 | $499.20 | 829133 |
| | 08/19/2019 | $998.40 | 831059 | | 10/21/2019 | $512.20 | 835088 |
| | 12/16/2019 | $492.96 | 839106 | | 01/13/2020 | $492.96 | 840981 |
| JEFFERSON CAPITAL SYSTEMS LLC | | | | | | | |
| | 08/17/2020 | $469.31 | 8001716 | | 03/15/2021 | $13.18 | 8002126 |
| | 04/19/2021 | $9.77 | 8002173 | | 05/17/2021 | $23.37 | 8002230 |
| | 06/21/2021 | $9.92 | 8002279 | | 07/19/2021 | $9.93 | 8002332 |
| | 08/16/2021 | $9.92 | 8002386 | | 09/20/2021 | $9.91 | 8002435 |
| | 10/18/2021 | $9.93 | 8002482 | | 11/17/2021 | $10.02 | 8002530 |
| | 12/13/2021 | $10.03 | 8002584 | | 01/10/2022 | $10.02 | 8002634 |
| | 02/14/2022 | $10.02 | 8002686 | | | | |
| LVNV FUNDING LLC | | | | | | | |
| | 08/17/2020 | $463.95 | 854459 | | 08/17/2020 | $311.54 | 854459 |
| | 03/15/2021 | $8.76 | 867079 | | 03/15/2021 | $13.04 | 867079 |
| | 04/19/2021 | $9.65 | 868810 | | 04/19/2021 | ($9.65) | 868810 |
| | 04/19/2021 | $9.65 | 869686 | | 04/19/2021 | $6.48 | 868810 |
| | 04/19/2021 | ($6.48) | 868810 | | 04/19/2021 | $6.48 | 869686 |
| | 05/17/2021 | $15.52 | 870698 | | 05/17/2021 | $23.12 | 870698 |
| | 06/21/2021 | $9.80 | 872502 | | 06/21/2021 | $6.58 | 872502 |
| | 07/19/2021 | $6.59 | 874279 | | 07/19/2021 | $9.81 | 874279 |
| | 08/16/2021 | $9.81 | 875972 | | 08/16/2021 | $6.59 | 875972 |
| | 09/20/2021 | $6.58 | 877723 | | 09/20/2021 | $9.80 | 877723 |
| | 10/18/2021 | $9.81 | 879469 | | 10/18/2021 | $6.58 | 879469 |
| | 11/17/2021 | $6.66 | 881183 | | 11/17/2021 | $9.91 | 881183 |
| | 12/13/2021 | $9.91 | 882807 | | 12/13/2021 | $6.65 | 882807 |
| | 01/10/2022 | $6.66 | 884453 | | 01/10/2022 | $9.91 | 884453 |
| | 02/14/2022 | $9.91 | 886162 | | 02/14/2022 | $6.66 | 886162 |

**Chapter 13 Case # 17-13062**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| MIDFIRST BANK | | | | | | | |
| | 03/16/2020 | $161.82 | 844434 | | 03/16/2020 | $1,810.02 | 844700 |
| | 04/20/2020 | $452.51 | 846646 | | 04/20/2020 | $40.45 | 846382 |
| | 05/18/2020 | $38.41 | 848344 | | 05/18/2020 | $429.59 | 848588 |
| | 06/15/2020 | $429.59 | 850256 | | 06/15/2020 | $38.41 | 850029 |
| | 09/21/2020 | $118.41 | 855438 | | 09/21/2020 | $1,324.56 | 855684 |
| | 10/19/2020 | $441.53 | 857585 | | 10/19/2020 | $39.47 | 857357 |
| | 11/16/2020 | $39.47 | 859151 | | 11/16/2020 | $441.53 | 859380 |
| | 12/21/2020 | $441.52 | 861168 | | 12/21/2020 | $39.48 | 860920 |
| | 01/11/2021 | $39.47 | 862814 | | 01/11/2021 | $441.53 | 863010 |
| | 02/22/2021 | $286.42 | 864608 | | 02/22/2021 | $25.61 | 864348 |
| | 04/21/2021 | ($671.00) | 0 | | | | |
| MIDLAND FUNDING LLC | | | | | | | |
| | 08/17/2020 | $871.39 | 853557 | | 08/17/2020 | $445.33 | 853557 |
| | 02/22/2021 | $6.36 | 864238 | | 03/15/2021 | $18.13 | 866230 |
| | 03/15/2021 | $12.51 | 866230 | | 04/19/2021 | $9.27 | 867782 |
| | 04/19/2021 | $18.12 | 867782 | | 05/17/2021 | $43.42 | 869746 |
| | 05/17/2021 | $22.19 | 869746 | | 06/21/2021 | $9.41 | 871504 |
| | 06/21/2021 | $18.41 | 871504 | | 07/19/2021 | $18.42 | 873369 |
| | 07/19/2021 | $9.41 | 873369 | | 08/16/2021 | $9.41 | 875058 |
| | 08/16/2021 | $18.42 | 875058 | | 09/20/2021 | $18.42 | 876778 |
| | 09/20/2021 | $9.42 | 876778 | | 10/18/2021 | $9.41 | 878578 |
| | 10/18/2021 | $18.42 | 878578 | | 11/17/2021 | $18.61 | 880287 |
| | 11/17/2021 | $9.51 | 880287 | | 12/13/2021 | $9.52 | 881947 |
| | 12/13/2021 | $18.61 | 881947 | | 01/10/2022 | $18.62 | 883590 |
| | 01/10/2022 | $9.51 | 883590 | | 02/14/2022 | $9.51 | 885254 |
| | 02/14/2022 | $18.61 | 885254 | | | | |
| NEW JERSEY TURNPIKE AUTHORITY | | | | | | | |
| | 08/17/2020 | $44.65 | 853698 | | 06/21/2021 | $5.35 | 871621 |
| | 12/13/2021 | $5.69 | 882035 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 08/17/2020 | $3,112.57 | 8001715 | | 08/17/2020 | $415.75 | 8001715 |
| | 02/22/2021 | $22.74 | 8002065 | | 03/15/2021 | $64.75 | 8002123 |
| | 03/15/2021 | $11.69 | 8002123 | | 04/19/2021 | $8.65 | 8002171 |
| | 04/19/2021 | $64.74 | 8002171 | | 05/17/2021 | $155.05 | 8002234 |
| | 05/17/2021 | $20.71 | 8002234 | | 06/21/2021 | $8.79 | 8002277 |
| | 06/21/2021 | $65.80 | 8002277 | | 07/19/2021 | $65.79 | 8002330 |
| | 07/19/2021 | $8.79 | 8002330 | | 08/16/2021 | $8.78 | 8002383 |
| | 08/16/2021 | $65.79 | 8002383 | | 09/20/2021 | $65.79 | 8002432 |
| | 09/20/2021 | $8.79 | 8002432 | | 10/18/2021 | $8.79 | 8002481 |
| | 10/18/2021 | $65.79 | 8002481 | | 11/17/2021 | $66.49 | 8002529 |
| | 11/17/2021 | $8.88 | 8002529 | | 12/13/2021 | $8.89 | 8002581 |
| | 12/13/2021 | $66.49 | 8002581 | | 01/10/2022 | $66.50 | 8002633 |
| | 01/10/2022 | $8.87 | 8002633 | | 02/14/2022 | $8.88 | 8002683 |
| | 02/14/2022 | $66.49 | 8002683 | | | | |
| STATE OF NJ | | | | | | | |
| | 05/15/2017 | $887.00 | 780528 | | | | |
| TD BANK USA NA | | | | | | | |
| | 08/17/2020 | $527.04 | 855011 | | 03/15/2021 | $14.81 | 867532 |
| | 04/19/2021 | $10.97 | 869410 | | 05/17/2021 | $26.25 | 871212 |
| | 06/21/2021 | $11.14 | 873067 | | 07/19/2021 | $11.15 | 874785 |
| | 08/16/2021 | $11.13 | 876505 | | 09/20/2021 | $11.14 | 878281 |
| | 10/18/2021 | $11.14 | 880010 | | 11/17/2021 | $11.26 | 881690 |
| | 12/13/2021 | $11.26 | 883328 | | 01/10/2022 | $11.26 | 884978 |
| | 02/14/2022 | $11.25 | 886701 | | | | |

**Chapter 13 Case # 17-13062**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| TD RETAIL CARD SERVICES | | | | | | |
| | 08/17/2020 | $2,395.09 | 855014 | 02/22/2021 | $17.49 | 865918 |
| | 03/15/2021 | $49.82 | 867535 | 04/19/2021 | $49.82 | 869413 |
| | 05/17/2021 | $119.32 | 871215 | 06/21/2021 | $50.62 | 873070 |
| | 07/19/2021 | $50.62 | 874789 | 08/16/2021 | $50.63 | 876508 |
| | 09/20/2021 | $50.63 | 878285 | 10/18/2021 | $50.62 | 880015 |
| | 11/17/2021 | $51.17 | 881695 | 12/13/2021 | $51.16 | 883333 |
| | 01/10/2022 | $51.17 | 884982 | 02/14/2022 | $51.16 | 886706 |
| WELLS FARGO CARD SERVICES | | | | | | |
| | 08/17/2020 | $1,272.51 | 855175 | 02/22/2021 | $9.30 | 866107 |
| | 03/15/2021 | $26.47 | 867675 | 04/19/2021 | $26.46 | 869595 |
| | 05/17/2021 | $63.39 | 871383 | 06/21/2021 | $26.90 | 873239 |
| | 07/19/2021 | $26.90 | 874947 | 08/16/2021 | $26.89 | 876658 |
| | 09/20/2021 | $26.90 | 878455 | 10/18/2021 | $26.90 | 880180 |
| | 11/17/2021 | $27.18 | 881844 | 12/13/2021 | $27.19 | 883486 |
| | 01/10/2022 | $27.18 | 885133 | 02/14/2022 | $27.18 | 886873 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: March 04, 2022.

Receipts: $56,200.00   -   Paid to Claims: $52,025.27   -   Admin Costs Paid: $3,674.20   =   Funds on Hand: $500.53

Base Plan Amount: $56,200.00   -   Receipts: $56,200.00   =   Total Unpaid Balance: **$0.00

**NOTE**: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.