Form ntcfncurv – testntcfncurv27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−13062−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Mark Tarabocchia
3 Debbie Drive
Stanhope, NJ 07874

Irene E. Tarabocchia
aka Irene E. Heffelfinger
3 Debbie Drive
Stanhope, NJ 07874

Social Security No.:
   xxx−xx−2642                                xxx−xx−3306

Employer's Tax I.D. No.:

**NOTICE OF RECEIPT OF RESPONSE TO
NOTICE OF FINAL CURE PAYMENT**

   TO: Mark Tarabocchia and Irene E. Tarabocchia
          Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under
Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether
the debtor has cured the default and paid post−petition amounts.

Dated: March 24, 2022
JAN: wdh

Jeanne Naughton, Clerk