Form ntcfncurv − testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−13062−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Mark Tarabocchia
3 Debbie Drive
Stanhope, NJ 07874

Irene E. Tarabocchia
aka Irene E. Heffelfinger
3 Debbie Drive
Stanhope, NJ 07874

Social Security No.:
xxx−xx−2642

xxx−xx−3306

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

TO: Mark Tarabocchia and Irene E. Tarabocchia
    Debtor(s)

You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: March 24, 2022
JAN: wdh

Jeanne Naughton, Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                  Case No. 17-13062-JKS

Mark Tarabocchia                              Chapter 13

Irene E. Tarabocchia

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                          Page 1 of 2

Date Rcvd: Mar 24, 2022               Form ID: ntcfncur                  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**        **Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark Tarabocchia, Irene E. Tarabocchia, 3 Debbie Drive, Stanhope, NJ 07874-3219 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2022                      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alphonse DeSimone | on behalf of Debtor Mark Tarabocchia AlphonseD@comcast.net r46452@notify.bestcase.com |
| Alphonse DeSimone | on behalf of Joint Debtor Irene E. Tarabocchia AlphonseD@comcast.net r46452@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jill Manzo | on behalf of Creditor FLAGSTAR BANK  FSB, as servicer for PINGORA LOAN SERVICING, LLC bankruptcy@fskslaw.com |
| Maria Cozzini | on behalf of Creditor Cenlar FSB as servicer for Pingora Loan Servicing  LLC mcozzini@sternlav.com |
| Marie-Ann Greenberg | |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Mar 24, 2022 | Form ID: ntcfncur | Total Noticed: 1

| | |
|---|---|
| | magecf@magtrustee.com |
| Marie-Ann Greenberg | |
| | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| R. A. Lebron | |
| | on behalf of Creditor FLAGSTAR BANK  FSB, as servicer for PINGORA LOAN SERVICING, LLC bankruptcy@fskslaw.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9