| | |
|---|---|
| UNITED STATES BANKRUPTY COURT<br>DISTRICT OF NEW JERSEY<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ 07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | |
| IN RE:<br><br>MARK TARABOCCHIA<br>IRENE E. TARABOCCHIA,<br><br>**Debtors** | Case No.: 17-13062 JKS |

## NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 7067-1

Marie-Ann Greenberg, Trustee in the above captioned matter, states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed. The undersigned shall immediately forward a check to the Court in the amount of $2.86, payable to the Clerk, United States Bankruptcy Court. The party entitled to said funds is listed below together with the last known address and other additional information.

| | |
|---|---|
| Payee Name & Address: | NEW JERSEY TURNPIKE AUTHORITY<br>MARK SCHNEIDER ESQ<br>581 MAIN ST PO BOX 5042<br>WOODBRIDGE, NJ 07095 |
| Amount: | $2.86 |
| Trustee Claim Number: | 28 |
| Court Claim Number: | 3 |
| Reason: | Not Cashing |

Dated: July 18, 2022

By: /S/ Marie-Ann Greenberg
MARIE-ANN GREENBERG
CHAPTER 13 STANDING TRUSTEE