Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 17−13062−JKS
        Chapter: 13
        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Mark Tarabocchia | Irene E. Tarabocchia |
| 3 Debbie Drive | aka Irene E. Heffelfinger |
| Stanhope, NJ 07874 | 3 Debbie Drive |
| | Stanhope, NJ 07874 |

Social Security No.:
  xxx−xx−2642                                           xxx−xx−3306

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>September 9, 2022</u>             <u>John K. Sherwood</u>
                                                  Judge, United States Bankruptcy Court