| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Mark Tarabocchia<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2642<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Irene E. Tarabocchia<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3306<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   17–13062–JKS | | |

# Order of Discharge                                                                                         12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Mark Tarabocchia                                        Irene E. Tarabocchia
                                                                            aka Irene E. Heffelfinger


   9/9/22                                                              **By the court:** <u>John K. Sherwood</u>
                                                                                                     United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

Form 3180W                                   **Chapter 13 Discharge**                                   page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 17-13062-JKS

Mark Tarabocchia  Chapter 13

Irene E. Tarabocchia

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 5
Date Rcvd: Sep 09, 2022  Form ID: 3180W  Total Noticed: 75

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mark Tarabocchia, Irene E. Tarabocchia, 3 Debbie Drive, Stanhope, NJ 07874-3219 |
| cr | + | Cenlar FSB as servicer for Pingora Loan Servicing, Stern, Lavinthal & Frankenberg LLC, 105 Eisenhower Parkway, Suite 302, Roseland, NJ 07068-1640 |
| 516765008 | + | Cenlar FSB as servicer for Pingora Loan Servicing,, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 518016497 | | Flagstar Bank, P.O. Box 660263, Dallas, TX 75266-0263 |
| 518016498 | | Flagstar Bank, P.O. Box 660263, Dallas, TX 75266-0263, Flagstar Bank, P.O. Box 660263 Dallas, TX 75266-0263 |
| 516650359 | + | GC Services, PO Box 930824, Wixom, MI 48393-0824 |
| 516655179 | + | Loancare, PO Box 37628, Philadelphia, PA 19101-0628 |
| 516650366 | + | Mazda Amer Credit, Attn: Customer Assistance Center, Po Box 19734, Irvine, CA 92623-9734 |
| 516650375 | + | NJ E-Z PassViolation Processing Center, PO Box 52005, Newark, NJ 07101-8205 |
| 516650372 | + | Nationwide Credit, Inc., 4740 N. State Road 7, Ste 108, Fort Lauderdale, FL 33319-5839 |
| 519661912 | + | New Jersey Turnpike Authority, Mark Schneider Esq., 581 Main St, PO Box 5042, Woodbridge, NJ 07095-5042 |
| 516714274 | + | New Jersey Turnpike Authority, Attn: Mark Schneider, Esq., 581 Mai Street, PO Box 5042, Woodbridge, NJ 07095-5042 |
| 516650376 | + | PAM. LLC, PO Box 1642, Milwaukee, WI 53201-1642 |
| 516650378 | + | Progressive Financial Services, PO Box 22083, Tempe, AZ 85285-2083 |
| 516820142 | | State of New Jersey, Department of Treasury, Division of Taxation, PO BOX 245, Trenton NJ 08695-0245 |
| 516650380 | + | State of New Jersey Division of Taxation, PO Box 302, Trenton, NJ 08625-0302 |
| 516650387 | + | Tdrcs/raymour & Flanig, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |
| 516728163 | + | Valley National Bank, subsidiary of Valley National Bank, 1445 Valley Road, 2nd Floor, Wayne, NJ 07470-8438 |
| 516650389 | + | Valley National Bank, 1460 Valley Rd, Wayne, NJ 07470-8494 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 09 2022 20:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 09 2022 20:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516650349 | + | Email/Text: legal@arsnational.com | Sep 09 2022 20:26:00 | ARS National Services, PO Box 463023, Escondido, CA 92046-3023 |
| 516650348 | + | Email/Text: legal@arsnational.com | Sep 09 2022 20:26:00 | ARS National Services, PO Box 469046, Escondido, CA 92046-9046 |
| 516650345 | + | Email/Text: customercare@adminrecovery.com | Sep 09 2022 20:26:00 | Admin Recovery, 45Earhardt Drive, Suite 102, Buffalo, NY 14221-7809 |
| 516788856 | | Email/PDF: bncnotices@becket-lee.com | Sep 09 2022 20:29:11 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

| District/off: 0312-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Sep 09, 2022 | Form ID: 3180W | Total Noticed: 75 |

| | | | | |
|---|---|---|---|---|
| 516650347 | + | Email/PDF: bncnotices@becket-lee.com | Sep 09 2022 20:29:13 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 516650350 | ^ | MEBN | Sep 09 2022 20:20:50 | Belden Jewelers/Sterling Jewelers, Inc, Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 516650352 | | Email/Text: BKelectronicnotices@cenlar.com | Sep 09 2022 20:26:00 | CENLAR/Central Loan Admin & Reporting, 425 Philips Blvd, Ewing, NJ 08618 |
| 516650351 | + | EDI: CAPITALONE.COM | Sep 10 2022 00:18:00 | Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 516723199 | | EDI: CAPITALONE.COM | Sep 10 2022 00:18:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516867539 | | Email/PDF: bncnotices@becket-lee.com | Sep 09 2022 20:29:21 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516888019 | + | Email/Text: bankruptcy@cavps.com | Sep 09 2022 20:26:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 516650354 | + | EDI: WFNNB.COM | Sep 10 2022 00:18:00 | Comenity Bank/Dress Barn, Po Box 182125, Columbus, OH 43218-2125 |
| 516650355 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 09 2022 20:29:13 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 516664366 | | EDI: DISCOVER.COM | Sep 10 2022 00:18:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516650356 | + | EDI: DISCOVER.COM | Sep 10 2022 00:18:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 516650358 | | Email/Text: EBNBKNOT@ford.com | Sep 09 2022 20:26:00 | Ford Credit, National Bankruptcy Service Center, Po Box 62180, Colorado Springs, CO 80962 |
| 516650357 | + | Email/Text: crdept@na.firstsource.com | Sep 09 2022 20:26:00 | Firstsource Advantage, 205 Bryant Woods South, Amherst, NY 14228-3609 |
| 518016497 | ^ | MEBN | Sep 09 2022 20:21:54 | Flagstar Bank, P.O. Box 660263, Dallas, TX 75266-0263 |
| 518016498 | ^ | MEBN | Sep 09 2022 20:21:53 | Flagstar Bank, P.O. Box 660263, Dallas, TX 75266-0263, Flagstar Bank, P.O. Box 660263, Dallas, TX 75266-0263 |
| 516650360 | + | EDI: HFC.COM | Sep 10 2022 00:18:00 | Hsbc Bank Usa, Na, Po Box 2013, Buffalo, NY 14240-2013 |
| 516836578 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Sep 09 2022 20:26:00 | Hyundai Capital America DBA, Hyundai Motor Finance, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 516650361 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Sep 09 2022 20:26:00 | Hyundai Finc, Attn: Bankruptcy, Po Box 20809, Fountain City, CA 92728-0809 |
| 516650362 | | EDI: JEFFERSONCAP.COM | Sep 10 2022 00:18:00 | Jefferson Capital Syst, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 516883757 | | EDI: JEFFERSONCAP.COM | Sep 10 2022 00:18:00 | Jefferson Capital Systems LLC, PO Box 7999, Saint Cloud MN 56302-9617 |
| 516650353 | | EDI: JPMORGANCHASE | Sep 10 2022 00:18:00 | Chase Card, Attn: Correspondence, Po Box 15298, Wilmington, DE 19850 |
| 516650363 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 09 2022 20:25:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 516789304 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 09 2022 20:29:21 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 516650364 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 09 2022 20:29:22 | LVNV Funding, LLC, PO Box 10497, Greenville, SC 29603-0497 |

| Recipient ID | | Notice Type | Date/Time | Name/Address |
|---|---|---|---|---|
| 516650365 | + | Email/Text: BKNotice@ldvlaw.com | Sep 09 2022 20:26:00 | Lyons Doughty & Velduis, 136 Gaither Drive, Suite 100, Mount Laurel, NJ 08054-2239 |
| 516810233 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 09 2022 20:26:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516650369 | | Email/Text: EBN@Mohela.com | Sep 09 2022 20:26:00 | Mohela/Dept of Ed, 633 Spirit Dr, Chesterfield, MO 63005 |
| 516650370 | | Email/Text: compliance@monarchrm.com | Sep 09 2022 20:26:00 | Monarch Recovery Management, 10965 Decatur road, Philadelphia, PA 19154 |
| 516650371 | ^ | MEBN | Sep 09 2022 20:21:24 | MRS Associates, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 516650367 | + | Email/Text: bankruptcy@mermed.com | Sep 09 2022 20:26:00 | Merchants & Medical Credit Corp., 6324 Taylor Drive, Flint, MI 48507-4685 |
| 518714138 | + | EDI: AISMIDFIRST | Sep 10 2022 00:18:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department 73118-6051 |
| 518714137 | + | EDI: AISMIDFIRST | Sep 10 2022 00:18:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 516650368 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 09 2022 20:26:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 516650373 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Sep 09 2022 20:25:00 | Nissan Motor Acceptanc, Po Box 660360, Dallas, TX 75266-0360 |
| 516650374 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Sep 09 2022 20:25:00 | Nissan Motor Acceptance Corp/Infinity Lt, Nmac/Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 516902230 | | EDI: PRA.COM | Sep 10 2022 00:18:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 516650377 | | Email/Text: signed.order@pfwattorneys.com | Sep 09 2022 20:25:00 | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 516650379 | | EDI: WFFC.COM | Sep 10 2022 00:18:00 | Rymr&flnign, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |
| 516650381 | + | EDI: RMSC.COM | Sep 10 2022 00:18:00 | Syncb/Ashley Homestore, Po Box 965064, Orlando, FL 32896-5064 |
| 516650383 | + | EDI: RMSC.COM | Sep 10 2022 00:18:00 | Syncb/Toys R Us, Po Box 965064, Orlando, FL 32896-5064 |
| 516650382 | + | EDI: RMSC.COM | Sep 10 2022 00:18:00 | Syncb/mohawk, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 516650384 | + | EDI: RMSC.COM | Sep 10 2022 00:18:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 516650385 | + | EDI: RMSC.COM | Sep 10 2022 00:18:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 516810519 | + | Email/Text: bncmail@w-legal.com | Sep 09 2022 20:26:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 516785568 | + | EDI: CBSTDR | Sep 10 2022 00:18:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 516650386 | + | EDI: WTRRNBANK.COM | Sep 10 2022 00:18:00 | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |
| 516650388 | + | Email/Text: EDBKNotices@ecmc.org | Sep 09 2022 20:25:00 | US Dept of Education, Attn: Bankruptcy, Po Box 16448, Saint Paul, MN 55116-0448 |
| 516650390 | + | EDI: CITICORP.COM | Sep 10 2022 00:18:00 | Visa Dept Store National Bank, Attn: Bankruptcy, |

| | | | | |
|---|---|---|---|---|
| 516650391 | + EDI: WFCCSBK | | Sep 10 2022 00:18:00 | Po Box 8053, Mason, OH 45040-8053<br>Wells Fargo Bank Card, Mac F82535-02f, Po Box 10438, Des Moines, IA 50306-0438 |
| 516879235 | EDI: WFCCSBK | | Sep 10 2022 00:18:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 516786495 | EDI: WFAUTO | | Sep 10 2022 00:18:00 | Wells Fargo Bank, NA, d/b/a Wells Fargo Dealer Services, PO Box 19657, Irvine, CA 92623-9657 |
| 516650392 | + EDI: WFAUTO | | Sep 10 2022 00:18:00 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 58

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516650346 | ##+ | Alltran Financial LLP, PO Box 610, Sauk Rapids, MN 56379-0610 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alphonse DeSimone | on behalf of Joint Debtor Irene E. Tarabocchia AlphonseD@comcast.net r46452@notify.bestcase.com |
| Alphonse DeSimone | on behalf of Debtor Mark Tarabocchia AlphonseD@comcast.net r46452@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jill Manzo | on behalf of Creditor FLAGSTAR BANK FSB, as servicer for PINGORA LOAN SERVICING, LLC bankruptcy@fskslaw.com |
| Maria Cozzini | on behalf of Creditor Cenlar FSB as servicer for Pingora Loan Servicing LLC mcozzini@sternlav.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| R. A. Lebron | on behalf of Creditor FLAGSTAR BANK FSB, as servicer for PINGORA LOAN SERVICING, LLC bankruptcy@fskslaw.com |

District/off: 0312-2          User: admin          Page 5 of 5

Date Rcvd: Sep 09, 2022          Form ID: 3180W          Total Noticed: 75

U.S. Trustee
         USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9